[ECF No. 11]

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> UNICO MARINE SERVICES, LLC, <br><br> Defendant. | Civil No. 24-8841 (RMB/SAK) |

## ORDER

This matter having been brought before the Court by Rachel R. Hager, Esquire, counsel for Defendant, for an Order allowing Joseph A. Walsh II, Esquire to appear and participate *pro hac vice*; and the Court having considered the moving papers; and there being no opposition to this application; and for good cause shown pursuant to L. Civ. R. 101.1(c), United States District Court for the District of New Jersey;

**IT IS** this **12th** day of **May**, **2025**, hereby

**ORDERED** that Joseph A. Walsh II, Esquire, a member in good standing of the Bar of the State of California, be permitted to appear *pro hac vice* in the above-captioned matter in the United States District Court for the District of New Jersey pursuant to L. Civ. R. 101.1(c); provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Rachel R. Hager, Esquire, who is a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case, and who shall be present before the Court during all phases of this proceeding, unless

expressly excused by the Court, and who shall be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that, pursuant to L. CIV. R. 101.1(c)(2), Joseph A. Walsh II, Esquire, shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order, enclosing with payment a completed Form PHV-15; and it is further

**ORDERED** that, pursuant to L. CIV. R. 101.1(c)(3), Joseph A. Walsh II, Esquire, shall make a payment of $250.00 on each admission, payable to the Clerk, United States District Court; and it is further

**ORDERED** that Joseph A. Walsh II, Esquire, shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of L. CIV. R. 103.1, *Judicial Ethics and Professional Responsibility*, and L. CIV. R. 104.1, *Discipline of Attorneys*; and it is further

**ORDERED** that, pursuant to L. CIV. R. 101.1(c)(4), Joseph A. Walsh II, Esquire, shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:21-7, as amended.

s/ Sharon A. King  
SHARON A. KING  
United States Magistrate Judge

cc:  Hon. Renée Marie Bumb, Chief Judge