**U.S. Department of Justice**

**Environment and Natural Resources Division**

*Environmental Enforcement Section*
*P.O. Box 7611*
*Washington, DC 20044*

*Telephone (202) 532-3233*
*Facsimile (202) 616-2427*
*E-mail: Alison.Kelly@usdoj.gov*

August 6, 2026

**BY ECF**
The Honorable Sharon A. King, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

Re: *United States v. Unico Marine Services, LLC,*
Civil Action No. 24-8841-RMB-SAK

Dear Magistrate Judge King:

We represent the Plaintiff United States in this environmental enforcement action against the Defendant, Unico Marine Services, LLC. Counsel for the Defendant concurs with this filing. Following the depositions of Coast Guard personnel and the managing member of Unico Marine Services, LLC, Riccardo Valentini, the parties have reached an agreement in principle to resolve this matter. The agreement in principle must be reduced to a written settlement agreement that is subject to the approval by higher level governmental officials and, ultimately, by the Court.

Accordingly, the United States has agreed to cancel the deposition of the Defendant's Rule 30(b)(6) witness currently scheduled to take place in New York City on August 11, 2026, but reserves the right to reschedule this deposition in the event a settlement cannot be finalized. Similarly, the Defendant intends to withdraw written discovery requests served on the United States on July 10, 2026, but reserves the right to resubmit these requests in the event a settlement cannot be finalized.

Therefore, the parties respectfully request the Court to stay the current pretrial fact discovery deadline of August 14, 2026 (ECF No. 42) so the parties can negotiate the terms of a settlement document. The parties will advise the Court of their progress in finalizing a settlement document and obtaining the necessary approvals in 30 days, or by September 15, 2026. The parties also respectfully request

that the Court cancel the second settlement conference scheduled for September 9, 2026 at 2:00 p.m. (ECF No. 42).

We thank the Court for its attention to this matter.

Respectfully submitted,

*s/Alison Kelly*
ALISON KELLY
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice

ROBERT FRAZER
United States Attorney

*s/Alex Silagi*
ALEX D. SILAGI
Assistant United States Attorney

cc: Counsel of record
*By ECF*