**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNICO MARINE SERVICES, LLC,**<br><br>**Defendant.** | **Civil No. 24-8841 (RMB/SAK)** |

**ORDER ADMINISTRATIVELY TERMINATING ACTION**

The Court having held a status conference on **November 4, 2026**; and the Court noting the following appearances: Assistant U.S. Attorney **Alison L. Kelly**, appearing on behalf of Plaintiff; and **Matthew L. Bodi, Esquire, Caroline J. Wilson, Esquire,** and **Joseph A. Walsh II, Esquire**, appearing on behalf of Defendant; and the parties having advised the Court that the instant action has tentatively settled and that the requisite approval process is underway; and the Court finding that administratively terminating the action pending the completion of the approval process would conserve judicial resources, and serve the best interests the parties; and for good cause appearing;

**IT IS** this **4th** day of **November, 2026**, hereby

**ORDERED** that this action is **ADMINISTRATIVELY TERMINATED** pending the completion of the approval process of the parties' settlement agreement; and it is further

**ORDERED** that this shall not constitute a dismissal Order under the Federal Rules of Civil Procedure; and it is further

**ORDERED** that Plaintiff shall file a joint status report on **January 4, 2027**, and every sixty (60) days thereafter. The parties shall otherwise promptly file a stipulation of dismissal upon final approval of the settlement.

s/ Sharon A. King
SHARON A. KING
United States Magistrate Judge

cc: Hon. Renée Marie Bumb, Chief Judge