**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>UNICO MARINE SERVICES, LLC,<br><br>Defendant. | Civ. No. 1:24-cv-08841-RMB-SAK |

**NOTICE OF LODGING OF STIPULATION OF SETTLEMENT AND ORDER SUBJECT TO PUBLIC COMMENT**
**(No Action Requested of the Court at this Time)**

PLEASE TAKE NOTICE that the United States lodges a Stipulation of Settlement and Order with this Court that has been agreed to and signed by the parties to this action. The Stipulation of Settlement and Order resolves the United States' claims against the Settling Defendant in the above-captioned action.

In accordance with 28 C.F.R. § 50.7, the United States shall publish notice in the Federal Register that it has lodged the settlement with the Court. For a period of 30 days from the date of publication in the Federal Register, the public has an opportunity to submit comments related to the Stipulation of Settlement and Order. After the close of the public comment period, the Plaintiff will evaluate any comments received and will move for entry of the Stipulation of Settlement and Order, unless comments disclose facts or considerations indicating that the proposed Stipulation of Settlement and Order is unfair, unreasonable, or inconsistent with the purposes of the Clean Water Act, 33 U.S.C. §§ 1251 *et seq*. Accordingly, the United States requests that the Court take no action on the proposed Stipulation of Settlement and Order at this time. After the conclusion of the comment period, the United States will file with the Court any

comments received, as well as responses to the comments, and at that time, if appropriate, file a Motion to Enter the Stipulation of Settlement and Order.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

s/*Alison Kelly*
Alison Kelly
Trial Attorney
Environmental Enforcement Section
Energy and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
(202) 532-3233
Alison.Kelly@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/*Alison Kelly*
Alison Kelly
*Counsel for United States*